SYLVIA JONES
P.O. BOX 6043
SANTA CLARA, CA 95056
Plaintiff *In Pro per*



2011 MAR 22  P 12: 59

# THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| SYLVIA JONES,<br><br>      Plaintiff,<br><br>vs.<br><br>CITIMORTGAGE INC.,;FIRST AMERICAN TITLE/LENDERS ADV,; FIVE STAR SERVICE CORPORATION, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC. and Does 1 – 100, inclusive.<br><br>      Defendant(s). | Case No.: 5:10-CV-05681JF<br><br>ORDER GRANTING<br>**REQUEST FOR A 30 DAY CONTINUANCE**<br><br><br><br><br><br><br><br>**JUDGE: HON.JUDGE FOGEL** |

COME NOW Plaintiff " Sylvia Jones" requesting the Court grant a 30 day continuance to file a amended complaint. Plaintiff has had a persist eye problem that started March 12, 2011 in which she was taken to emergency. (see attached **EXHIBIT 1**). Plaintiff's eye problem is still ongoing and she was again taken to emergency. (see attached **EXHIBIT 2**)

Dated this 22ND Day of March

                                                                              Sylvia Jones
IT IS SO ORDERED.                                      Plaintiff, *In Pro Se*

Dated: 3/29/11  _____
Jeremy Fogel
United States District Judge

REQUEST FOR A CONTINUANCE   -1-

**EXHIBIT 1**



# El Camino Hospital Los Gatos

815 Pollard Road, Los Gatos, CA 95032
408-866-4040

**Emergency Department
Discharge Instructions**

EXITCARE® PATIENT INFORMATION

Patient Name: <u>SYLVIA JONES</u>
Attending Caregiver: <u>Edward Klofas, MD</u>

## Allergic Conjunctivitis

The *conjunctiva* is a thin membrane that covers the visible white part of the eyeball and the underside of the eyelids. This membrane protects and lubricates the eye. The membrane has small blood vessels running through it that can normally be seen. When the conjunctiva becomes inflamed, the condition is called *conjunctivitis*. In response to the inflammation, the conjunctival blood vessels become swollen. The swelling results in redness in the normally white part of the eye.

The blood vessels of this membrane also react when a person has allergies and is then called allergic conjunctivitis. This condition usually lasts for as long as the allergy persists. Allergic conjunctivitis cannot be passed to another person (*non-contagious*). The likelihood of bacterial infection is great and the cause is not likely due to allergies if the inflamed eye has:

- A sticky discharge.
- Discharge or sticking together of the lids in the morning.
- Scaling or flaking of the eyelids where the eyelashes come out.
- Red swollen eyelids.

CAUSES
- Germs (*bacteria*).
- Viruses.
- Irritants such as foreign bodies.
- Blunt injury.
- Chemicals.
- General allergic reactions.
- Inflammation or serious diseases in the inside or the outside of the eye or the orbit (the boney cavity in which the eye sits) can cause a "red eye."

SYMPTOMS
- Eye redness.
- Tearing.
- Itchy eyes.
- Burning feeling in the eyes.
- Clear drainage from the eye.
- Allergic reaction due to pollens or ragweed sensitivity. Seasonal allergic conjunctivitis is frequent in the spring when pollens are in the air and in the fall.

DIAGNOSIS
This condition, in its many forms, is usually diagnosed based on the history and an ophthalmological exam. It usually involves both eyes. If your eyes react at the same time every year, allergies may be the cause. While

**EXHIBIT 2**



2PTIN

**Physician:** Sharain Khalil, PA-C

Date/Time: 21-Mar-2011 13:07

You have been diagnosed with allergic conjunctivitis.

Conjunctivitis is an inflammation of the conjunctiva (the thin coverings of the white part of the eye and the insides of the eyelids). It is caused by many different things, including viruses and bacteria, allergies, and even by chemicals or particles of "junk" that irritate the eye. Viruses are the most common cause.

Symptoms of conjunctivitis include pink eye, redness, drainage, foreign body sensation, and lid swelling. You may also notice matting or sticking of your eyelids in the morning.

Conjunctivitis can be highly contagious (it can be easily spread to others). You SHOULD NOT share hygienic items (towels, make-up, tissues), or clothing items. Be sure to wash your hands several times a day and avoid touching your eyes.

Treatment of bacterial conjunctivitis includes warm compresses and topical ophthalmic antibiotics. Medications are generally used for 5-7 days.

You SHOULD NOT wear contact lenses while you have conjunctivitis. Wait for 48 hours after the infection has completely cleared up before using them again.

There is no specific follow-up required, unless you develop any of the problems listed below, or fail to improve as expected. It is always a good idea to get rechecked by your eye doctor if possible.

YOU SHOULD SEEK MEDICAL ATTENTION IMMEDIATELY, EITHER HERE OR AT THE NEAREST EMERGENCY DEPARTMENT, IF ANY OF THE FOLLOWING OCCURS:

- Increasing eye pain.

- Vision problems.

- Photophobia (light bothering your eyes).

- Failure to improve over several days, or worsening symptoms at any time.



John Muir Medical Center, Walnut Creek Campus
1601 Ygnacio Valley Road,
Walnut Creek, CA 94598
9259393000

Page 1 of 2



**1108000365**
JONES, SYLVIA DENISE
0947667    DOB: 4/22/1959  51y/F

*Certificate of Service — Mail*

**CERTIFICATE OF SERVICE**

SYLVIA JONES v. CITIMORTGAGE INC.;FIRST AMERICAN TITLE/LENDERS ADV.; FIVE STAR SERVICE CORPORATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC. and Does 1 – 100, inclusive.

Case No.: 5:10-CV-05681JF

      I, hereby declare that I am a citizen of the United States, I am over 18 years of age, and I am not a party in the above-entitled action. I reside in the County of Santa Clara and my residence address is: 1239 South St, Santa Clara, CA 95050. On March 22, 2011 I served the attached document described as: **REQUEST FOR A CONTINUANCE** on the parties in the above-named case. I did this by enclosing true copies of the document in sealed envelopes with postage fully prepaid thereon. I then placed the envelopes in a U.S. Postal Service mailbox in San Jose, California, addressed as follows:

|  | Bledsoe Cathcart Diestel Pedersen & Treppa LLP<br>601 California St. 16th FL<br>San Francisco, CA 94108<br>Peter Van Zandt |  |
|---|---|---|

      I, William Paden, declare under penalty of perjury that the foregoing is true and correct. Executed on, March 22 , 2011 at San Jose, California.

*[signature: William Paden]*

Signature